**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Ronald West  11353-007
(Name of Plaintiff)   (Inmate Number)

P.O. Box 699, Estill, S.C. 29918
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Michael D. Tafelski
(2) Capt S. Spaulding, Warden
(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

16-2460
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
DEC 13 2016
Per _____ JW
DEPUTY CLERK

TO BE FILED UNDER: ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   Ronald Blue West v. Deborah G. Shult, Warden FCI Berlin U.S. District Court of New Hampshire, 2014 DNH 23 Case No. 13-cv-528-sm February 4, 2014, Decided. Judge Steven J. McAuliffe. Denied without prejudice.

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Administrative Claim NO. TRT-NER-2016-03256 Federal Tort Claim Act (FTCA) 28 USC 2672

2. What was the result? Denied and if dissatisfied with decision bring an action against U.S. in appropriate U.S. Court

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Mr. Michael D. Tafelski, Regional Counsel
Employed as Federal Bureau Prison at U.S. Custom House 7th floor
Mailing address: 2nd + Chestnut Streets Philadelphia PA 19106
(2) Name of second defendant: Capt S. Spaulding, Warden, FCI Allenwood
Employed as Warden at FCI Allenwood
Mailing address: P.O. Box 2000, White Deer, PA 17887
(3) Name of third defendant: S. Prutzman
Employed as S.I.S. at FCI Allenwood
Mailing address: P.O. Box 200, White Deer, PA 17887
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On Nov 18, 2015 defendants put my life in danger on the compound of FCI Allenwood, Federal Bureau of Prison when they release me from "SHU" back on the compound

2

After they told inmates about my background with Law

2. in forcement. My personal information was disclosed to other inmates by staff. There is evidence that "I" experienced a compensable loss as the result of negligence on the part of Bureau of Prisons employees.

3. Staff violated my Constitutional rights for protection under their authority delegated by BOP policy and under 28 C.F.R 543.30. S.I.S Prutzman, disclosed my personal information to other inmates.

### V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Expunge all the "fabricate" incident reports by staff that was written on Nov 20, 2015 and 2-11-2016. The reports was written for filing grievances under the (BOP) policy and program statement.

2. Grant my Administrative, Federal Tort Claim, for damages sought in the amount of $50,000.00 based on negligence of the part of Bureau of Prisons employees, at FCI Allenwood.

3. Plaintiff file tort claim trying to resolve this matter within the Bureau of Prisons for $25,000.00. But if this matter is resolve through the Court, Plaintiff

3

is requesting $50,000.00 for negligence.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7th__ day of __December__, 20_16_.

__Ronald Blue West__
(Signature of Plaintiff)

## Inmate Account Inquiry

**Inmate Register Number:** 11353007

**Inmate Name:** WEST, RONALD

**Facility:** Estil FCI
**Housing Unit:** EST-A-B
**Living Quarters:** A03-323LH

### Commissary History

#### Account Balances

| | |
|---|---|
| Account Balance: | $0.24 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.24 |

### Commissary Restrictions

#### Transaction History

### Comments

#### General Information

| | |
|---|---|
| National 6 Months Deposits: | $77.99 |
| National 6 Months Withdrawals: | $78.40 |
| Available Funds to be considered for IFRP Payments: | ($372.01) |
| National 6 Months Avg Daily Balance: | $4.41 |
| Local Max. Balance - Prev. 30 Days: | $0.24 |
| Average Balance - Prev. 30 Days: | $0.24 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

Close

**Inmate Qualifies for OTC Medication**
**This Inmate is Indigent**

P. Stanley ITS
11-16-16

Mr. Ronald Blue West #11353-007
Federal Correctional Institution
P.O. Box 699, Estill, AB-323
Estill, South Carolina 29918

No Fee
Enclosed

Legal Mail



⇔11353-007⇔
Office Of The Clerk
~~North~~ Washington AVE
P.O. BOX
Scranton, PA 18501
United States

RECEIVED
SCRANTON
DEC

