UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| RONALD BLUE WEST, PRO SE | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ( Case No. 3-16-cv-2460) |
| | ) | ( Judge Kane ) |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**FILED**
**SCRANTON**

MAY 30 2019

PER _____

DEPUTY CLERK

## MOTION TO SEAL THE CASE ABOVE PRO SE

NOW COME, Ronald Blue West Pro Se, respectfully request the
Court to seal the Case No. 3-16-cv-02460 in the computer for safety
reason within the (BOP) at this time. Inmates have been pulling the
case from the computer and puting it on the compound within institution,
that I'm housed in. At this time, I am being routine designation from
FCI-Hazelton WV.

In 2015, FCI-Allenwood PA, put my Life in "danger" and I filed an
action against the United States of America on that matter. My backgrcund
in "Law enforecment" is the issue on the computer and thats my concern
in the system when inmates read the case on the computer. Its in the (BOP)
SENTERY for all the authority to see. With respect to the Court. Plaintiff
request the Court to grant his Motion to SEAL the case above for his safety
within the Bureau of Prisons.

### DECLARATION

I Ronald Blue West, declare under the states of perjury, accordance
with the statutes of Title 28 U.S.C. §1746, that the foregoing is true
and correct to the best of my knowledge by my signing name, I make this
a legal and binding document under the Law, to grant Plaintiff Pro Se
Motion to SEAL the case from the computer.

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an inmate in the custody of the Federal Bureau of Prisons, Federal Correctional Institution-Hazelton West Virginia 26525, and on this 28 day of May 2019, I Mail this Motion to the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, Judge Kane, 235 North Washington Avenue, P.O. Box 1148, Scranton PA, 18501

Respectfully,

Ronald Blue West #11353-007

Ronald Blue West #11353-007
Federal Correctional Institution
Hazelton, P.O. Box 5000
Burecton Mills, WV 26525

cc: File and copy

Mr. Ronald Blue West #11353-007
Federal Correctional Institution
Hazelton P.O. Box 5000
Bruecton Mills, WV 26525
Hazelton, WV

RECEIVED
SCRANTON

MAY 30 2019

DEPUTY CLERK

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter has
been neither opened nor inspected. If the writer raises a
question or problem over which this facility has
jurisdiction, you may wish to return the material for further
information or clarification. If the writer encloses
correspondence for forwarding to another address,
please return the enclosure to the above address.

Specail Legal Mail

PITTSBURGH PA 150
29 MAY 2019 PM 3 L

<11353-007>
Clerk's Office
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

18501-114848