IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVAINA

FILED
SCRANTON
JUN 19 2019
PER _____
DEPUTY CLERK

RONALD BLUE WEST )
    Plaintiff )
     )    Civil Action 3-16-cv-02460
v. )    Appeal NO. 17-3587
     )
LEXIS NEXIS LEGAL DEPT )
    Defendant. )

## MOTION TO SEAL OR AMANDE CIVIL CASE 3-16-cv-02460

NOW COME, Plaintiff Pro Se civil action by <u>Ronald West</u>, a federal a federal prisoner, against the United States, brought pursuant to the Federal Tort Claims Act ("FTCA"). On August 23, 2017. At this time, I the Plainitff ask the Court and Lexis Nexis, to Seal or Amand the case above for personal safety within the ("BOP") while in Federal Custody.

### Conditions of Confinement

Plaintiff ask the Court and Lexis Nexis to Seal or Amend the case on the computer for conditions of confinement, security and safety reason under the condition of imprioson. Inmates are "pulling the case from the computer and puting it out on the compound within FCI-Hazelton". Plaintiff's background was under the radar, until 2015, thats when S.I.S release the information to inmates on the compound in FCI-Allenwood PA. Superior Court of the District of Columbia, did not put any information out about plaintiff's background when he was sentence back in 1989. Thats why plaintiff was under the radar for so long without anyone knowing about his history or background within the Bureau of Prisons.

-1-

## Argument

Considering the issue on the complaint and the time Plaintiff will confine in prison. The information on his background should be under seal for security and safety of the institution, plainitff is in, with no problems from inmates or Staff within the Bureau of Prisons. Then officials in FCI-Allenwood Pa, violated plaintiff's right to protection when he was released form ("SHU") under order from the Staff in 2015. Plaintiff, asked for protection when he was housed in FCI-Allenwood Pa, when he was in the ("SHU") doing the time, when he writen up on a bogus incident report by Staff.

## Declaration

I Ronald Blue West, declare under the statutes of perjury, in accordance with the statutes of Title 28 USCA § 1746, that the foregoing is true and correct to the best of my knowledge by signing name. I make this a legal and binding document under the Law to grant West's Motion to Seal or Amend his civil action against the United States of America, on the Lexis Nexis, for safety and security reason in the Bureau of Prison.

## CERTIFICATE OF SERVICES

The undersigned hereby certifies that he is an inmate in the custody of the Federal Bureau of Prisons, Federal Correctional Institution-Hazelton, West Virginia 26525, and on this 18th day of May 2019, the Motion to Seal or Amend civil action 3-16-cv-02460 was mailed to the United States District Court, for the Middle District of Pennsylvania, P.O. Box 1148, Scranton Pa 18501 and to the Legal Dept of Lexis Nexis Customer Contract Noties, 94442 Springbora Pike, Miamisburg, Oh 45342

*Ronald Blue West* #11353-007

Ronald Blue West #11353-007
Federal Correctional Institution
Hazelton, P.O. Box 5000
Bruecton Mills, WV 26525

cc: File

-2-

Mr. Ronald Blue West #11353-007
Federal Correctional Institution
Hazelton, P.O. Box 5000
Bruecton Mills, WV 26525

Special Mail/ Legal Mail

RECEIVED
SCRANTON
JUN 1 9 2019
PER_____ DEPUTY CLERK

FCC Hazelton
H_____ WV
PITTSBURGH PA 150

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information of clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

United States District Court
Middle District of Pennsylvanai
P.O. Box 1148
Scranton PA 18501

18501-114648