UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD BLUE WEST PRO SE    )
    Planitiff,    )
        )
V.    )    Civil Action No. 3:16-cv-02460
        )    ( Kane, J` )
        )    ( Saporito, M.J. )
UNITED STATES OF AMERICA    )
    Defendant.    )

FILED SCRANTON DEC 20 2019 PER /s/ DEPUTY CLERK

BRIEF IN SUPPORT TO SEAL DOC. 86

NOW COME, Ronald Blue West Pro Se, #11353-007 in response to the United States Magistrate Judge, Joseph F. Saporito, Jr. On Decemeber 5, 2019, it was hereby order for good cause show, in the planitff's Pro Se Motion for extension of time to file a brief in support of plaintiff Motion to seal Doc. 86.

On December 11, 2019, planitiff received the order when FCI-Hazelton WV, was on lock down status through the mail in his cell. The institution was on lock down status because of an incident in the dinning hall on December 4, 2019, In civil litigation the plaintiff seeking to seal any part of a judicial record bears the heavy burden of showing that material in the kind of information that Courts will protect and that dismissed case, as well as an order directing, Lexis Nexis to remove all such documents from its databases, which are availble to Federal inmates performing legal resach on the prison computer, within the institution. That in formation could put plaintiff (Life) in serious danger in the prison environment, within the Bureau of Prisons, when inmates put that on the compound, which plantiff could be housed in at the time. Plantiff, request this measuer to be taken for his safety within the Bureau of Prisons, institution because, he well be doing a lot of time in the custody of the Bureau of Prisons, and do not want any problems with inmates, that could being harm to him, on his background, when it is released to the general population.

(1)

That information was pulled from the computer here within the FCI-Hazelton WV, complex, and now that put plaintiff's(Life) in danger and at risk to be harmed within this complex,of Federal Correctinal Institution. When the plaintiff was sentence in 1989, the judge or the court put anything about plaintiff background in Lexis Nexis databases. However, given inmates information on inmates background could dangerously put anyone with law enforcement background in danger. Lexis Nexis, is the way inmates get there information on inmates without the PSI record or they get off of Pacer. They are also (Googeling) inmates in the system. The court can take measure for the safety within Bureau of Prisons, on inmates to be in a cerured institution, doing time when the information has been put out on the compound.

The cogent reason why this case record should be seal and the public should not have access to plaintiff background in law inforcement, is because it would put plaintiff at risk, if some one family was to pull it and sent to the inmate, within the institution that the plaintiff is being housed in at that time. That what happent to Whitey Bulger, here within Hazelton WV, Complex in 2019. There was an incident with inmates on this compound, that is now keeping the general population from going to the dinning hall here within FCI-Hazelton, WV. The plaintiff do not want to be the next incident on the compound because, the information was pulled from the computer in the law library, by inmates. Plaintiff was told by inmates to "watch" his back around some inmates. They got infor on plaintiff background. They could only got the information from the computer. The Staff have the information on there copmuter and in the Bureau of Prisons, SENTRY databases. Thats only for the Staff to see, not inmates. The basis of plaintiff Tort Claim Act in this case filed against the United States of America, in 2016, was for violating his right for protection in the custody of the Bureau of Prisons.

## ARGUMENT

Considering the issue with the complaint, and the plaintiff will be confine in Prison for some time. The information on his background should be seal for the safety and security of the institution, that the planitff is housed within the Federal Bureau of Prisons. That information could cause serious, injury to the planitiff, on the compound.

(2)

## DECLARATION

I Ronald Blue West, declare under the statutes of perjury, in accordence with statues of Tilte 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowiedge by signing name. I make this a legal and binding document under the Law, to grant plaintiff's Motion to seal his civil action aganist the United States of America, for safety and security of the Bureau of Prisons.

*Ronald Blue West*

## CERIFICATE OF SERVICES

The undersigned hereby certifies that he is an inmate in the custody of the Federal Bureau of Prisons, Federal Correctional Institution, Hazelton, WV 26525. And on this 17th day of December 2019, the plaintiff brief in support of Doc. 86 was mailed to the United States District Court Magistrate Joseph F. Saporito, Jr. The brief was mailed through the institution legal mail system. Enclose herewith is the order together with a copy of the December 5th, 2019 order, for good cause show. I Ronald blue West, file pro se Motion for an extension of time to file a brief in support of his Motion to seal (Doc.86) Granted nunc tunc. Deemed timely filed. In the above captived case. The brief is a issue on sealing case on the civil action against the U.S. of America v. West

*Ronald Blue West*

cc: file

(3)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD WEST, #11353-007,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO. 3:16cv02460

(KANE, J.)
(SAPORITO, M.J.)

FILED
WILKES BARRE
DEC 05 2019
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 5th day of December, 2019, IT IS HEREBY ORDERED THAT, for good cause shown, the plaintiff's *pro se* motion for an extension of time to file a brief in support of his motion to seal (Doc. 86) is GRANTED *nunc pro tunc*. The plaintiff's brief (Doc. 87) shall be deemed timely filed.

                                                                                    */s/ Joseph F. Saporito, Jr.*
                                                                                    JOSEPH F. SAPORITO, JR.
                                                                                    United States Magistrate Judge

Ronald Blue West #11353-007
Federal Corrcetional Institution
Hazelton, P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
17 DEC 2019 PM 3 L

RECEIVED
SCRANTON
DEC 20 2019
PER _____ DEPUTY CLERK
(Lagel Mail)

Clerk' Office
United States District Court
Middle District of Pennsylvania
P.O Box 1148
Scranton, PA 18501

18501-114848