UNITED STATES DISTRICT COURT
MILLED DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

FEB 12 2020

PER_____
DEPUTY CLERK

RONALD BLUE WEST #11353-007    )
    Plaintiff Pro Se            )
                                 )
    VS.                          )   Case No. 3:16-cv-02460
                                 )   ( Judge Kane )
                                 )   ( Magistrate Judeg Saporito )
UNITED STATES OF AMERICA       )
    Defendant.                   )

## MOTION TO SEAL CASE ABOVE

On February 7, 2020, the Third Circuit Court of Appeals. Patricia S. Dodszuweit, Clerk wrote me and told me to write the Middle District Court of Pennsylvaina, to SEAL the case above. Plaintiff would like to reqest to the Court to SEAL all documents on the above case. There was a motion file to the Magistrate Judge Saporito, and he grant the time for extension because the institution was on Lockdown status at the time. The Motion was filed when Plaintiff came off the lockdown status and to this 2/10/2020 date there has not been an response to Plaintiff Motion To SEAL the case.

Plaintiff, subsequently filed Two documents (1) A brief in support to his exten of time and (2) The Motion to SEAL for Safety and Security reason of the Institution of the Hazelton Complex, and the ("BOP") Institution that have LXEIS NXEIS for reseach by inmates. Plaintiff background is the issue within the ("BOP") now that the case has been filed in the Middle District of Pennsylvania, and the Third Circuit Court of Appeals.

Plaintiff, respecfully request that this Court grant this Motion to SEAL documents on the LXEIS NXEIS for the safety of the Plaintiff that has time to do within the ("BOP") in the custody of the Brueau of Prisons.

## DECLARATION

I Ronald Blue West, declare under the statutes of perjury in accordance with the statutes of Title 28 U.S.C. §1746, that the forogoing is true and correct to the best of my knowledge by signing name.
I make thsi a legal and binding document under the law, to grant Plaintiff Motion to SEAL all documents on the LXEIS NXEIS computers within the ("BOP") law Libaray.

*Ronald Blue West #1353-007*
Ronald Blue West #11353-007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an inmate in the custody of the Federal Bureau of Prisons, Federal Correctional Institution-Hazelton WV. And on this 10th day of February 2020. Plaintiff is mailing the motion to the United States District Court in the Middle District of Pennsylvaina. 235 North Washington Avenue, Scranton, PA 18501.

*Ronald Blue West*
Ronald Blue West #11353-007
Federal Correctional Institution
Hazelton, P.O. Box 5000
Bruceton Mills, WV 26525

cc: Copy



PITSBURGH PA 150
10 FEB 2020 PM 1 L

Ronald Blue West #11353-007
Federal correctional Institution
Hazelton, P.O. Box 5000
Bruceton Mills, WV 26525

RECEIVED
SCRANTON
FEB 12 2020
Per _____
DEPUTY CLERK

Clerk's Office
United States Middle Dsitrict Court
of Pennsylvania
235 North Washington Avenue
Scranton, PA 18501

18501-500199

(legal Mail)