UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WEST, #11353-007, | |
| Plaintiff, | CIVIL ACTION NO. 3:16cv02460 |
| v. | (KANE, J.)<br>(SAPORITO, M.J.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

AND NOW, this 13th day of February, 2020, for the same reasons previously stated in our Order of December 5, 2019, denying the plaintiff's two earlier motions to seal (Doc. 91), **IT IS HEREBY ORDERED THAT** the plaintiff's current motion to seal (Doc. 96) is **DENIED**. The Clerk is directed to mail a copy of our prior order (Doc. 91) to the plaintiff together with the service copy of this Order.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge